[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1228.]

OFFICE OF DISCIPLINARY COUNSEL *v.* LINICK.

[Cite as *Disciplinary Counsel v. Linick*, 2000-Ohio-320.]

(No. 98-1241—Submitted and decided March 6, 2000.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, David Irving Morris Linick, Attorney Registration No. 0009026, last known address in Beachwood, Ohio.

{¶ 2} The court coming now to consider its order of February 10, 1999, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that David Irving Morris Linick be and hereby is reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Disciplinary Counsel v. Linick* (1999), 84 Ohio St.3d 489, 705 N.E.2d 667.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————